NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POWER INTEGRATIONS, INC.,**
*Appellant*

**v.**

**SEMICONDUCTOR COMPONENTS INDUSTRIES, LLC, DBA ON SEMICONDUCTOR,**
*Appellee*

———————————

2018-1705

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01589.

———————————

Decided: June 13, 2019

———————————

HOWARD G. POLLACK, Fish & Richardson, PC, Redwood City, CA, argued for appellant. Also represented by MICHAEL R. HEADLEY, NEIL WARREN; JOHN WINSTON THORNBURGH, San Diego, CA.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, argued for appellee. Also represented by ROGER FULGHUM;

BRETT J. THOMPSEN, Austin, TX; LAUREN J. DREYER, Washington, DC.

———————————

Before TARANTO, MAYER, and CHEN, *Circuit Judges.*

PER CURIAM.

We vacate the Board's final written decision in IPR2016-01589, and we remand for dismissal of the inter partes review as time-barred under 35 U.S.C. § 315(b). *See Power Integrations, Inc. v. Semiconductor Components Indus., LLC*, No. 2018-1607 (Fed. Cir. June 12, 2019).

The parties shall bear their own costs.

**VACATED AND REMANDED**